UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA

ANTHONY CASSETTA and
FRANCIS CIANO,

        Plaintiff,

v.                                  CASE NO. 09-CV-241-FTM-99 DNF

BAP NEWLEAF, LLC, a Florida
limited liability company,

        Defendant.
_____/

## DEFENDANT'S MANDATORY INITIAL DISCLOSURES

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant's make their mandatory disclosures as follows:

**i.  Witnesses**

    1.    Anthony Cassetta, c/o Bill Penkethman, Esquire, 3400 Highway 35, Suite 6, Hazlet, New Jersey 07730, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the dealing between the parties over the sale of the subject condominium unit.

    2.    Francis Ciano, 417 Seminary Hill Road, Carmel, New York 10512, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the dealing between the parties over the sale of the subject condominium unit.

    3.    BAP Newleaf, LLC, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the dealing between the parties over the sale of the subject condominium unit.

CASE NO. 09-CV-241-FTM-99 DNF

4. Willy Bermello, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the dealing between the parties over the sale of the subject condominium unit.

5. Brian Fenster, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the dealing between the parties over the sale of the subject condominium unit.

6. City of Fort Myers, Attn: Christy Barker, Building, Permitting & Inspections Division, 1825 Hendry Street, Suite 101, Fort Myers, Florida 33901, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the status of the construction of the subject condominium project.

7. HJ Foundation, Inc., Attn: Edwin W. Hickey, President, 8275 NW 80th Street, Miami, Florida 33166, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the status of the construction of the subject condominium project.

8. Quality Concrete General Contractor, Inc., Attn: David Sawyer, Agent, 230 Business Parkway, Royal Palm Beach, Florida 33411, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the status of the construction of the subject condominium project.

9. Quinco Electrical Inc., Attn: Richard Cavazos, Vice President of Operations, 4224 Metric Drive, Winter Park, Florida 32792, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the status of the construction of the subject condominium project.

10. Holland Pump Company, Attn: Jennifer D. King, Assistant Secretary, 2160 Sidney Lanier drive, Brunswick, Georgia 31525, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the status of the construction of the subject condominium project.

11. MK Contractors, LLC, Rene Diaz de Villegas, President, 8181 N.W. 14th Street, Suite 300, Miami, Florida 33126, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the status of the construction of the subject condominium project.

12. LM Engineering, Inc. d/b/a GFA International, Attn: Frank Frione, President, 1215 Wallace Drive, Delray Beach, Florida 33444, is likely to have discoverable information relevant to the facts alleged with particularity in the pleadings including the status of the construction of the subject condominium project.

ii. **Documents**

The following is a description of the document in the possession, custody and control that may be used to support claims and defenses:

1. Condominium Sale and Purchase Agreement;

2. Checks evidencing the payment of deposits;

3. Correspondence from the developer's representatives relative to the status of the subject condominium project.

4. All documents relating to construction and development of the Cypress Club, Fort Myers project.

iii. **Computation of Damages**

1. N/A

CASE NO. 09-CV-241-FTM-99 DNF

    iv.    **Insurance Agreements**

        1.    None.

Respectfully submitted this 19 day of June, 2009.

                                  /S/ Jason R. Himschoot
                                Jason R. Himschoot, Esq.
                                Florida Bar No. 0181005
                                Trial Counsel for Defendant
                                Becker & Poliakoff, P.A.
                                14241 Metropolis Avenue, Suite 100
                                Fort Myers, FL 33912
                                (239) 433-4407
                                Email: jhimschoot@becker-poliakoff.com

CASE NO. 09-CV-241-FTM-99 DNF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June __19__, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard J. Inglis, Esq., Attorney for Plaintiff, 12800 University Drive, Suite 260, Fort Myers, FL 33907 and Howard Freidin, Esq., Attorney for Plaintiff, 2245 McGregor Boulevard, Fort Myers, Florida 33901.

/S/ Jason R. Himschoot
Jason R. Himschoot, Esq.
Florida Bar No. 0181005
Trial Counsel for Defendant
Becker & Poliakoff, P.A.
14241 Metropolis Avenue, Suite 100
Fort Myers, FL 33912
(239) 433-4407
Email: jhimschoot@becker-poliakoff.com

FTM_DB: B06950/097578:446202_1